M. Gregory Weisz, WSB #6-2934
Supervising Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
307-777-7823 (Phone)
307-777-3542 (Fax)
*gregory.weisz@wyo.gov*
Attorney for People of the State of Wyoming

Paul K. Knight, WSB 5-2854
Knight Law Offices LLC
PO Box 1456
Dubois, WY 82513
307-432-4014 (Phone)
307-455-4105 (Fax)
*paulknightattorney@gmail.com*
Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: | ) | |
| JACOB MILNE | ) | |
| | ) | Case No. 25-20303 |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| JACOB MILNE, | ) | Adversary No. 25-02024 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF WYOMING, | ) | |
| DEPARTMENT OF | ) | |
| ENVIRONMENTAL | ) | |
| QUALITY | ) | |
| | ) | |
| Defendant. | ) | |

---

## JOINT STATUS REPORT

---

COME NOW Plaintiff People of the State of Wyoming, by and through Gregory Weisz of the Wyoming Attorney General's Office and Jacob Milne, by and through Paul K. Knight, Knight Law Offices LLC and do hereby submit this Joint Status Report in response to the Court's "Order for Status Report" of August 4, 2026, as follows:

1.      Following entry of the Court's "Corrected Order Granting Relief From Stay" of March 3, 2026 (ECF No. 41), the People requested that the District Court, First Judicial District, Laramie County, Wyoming ("State Court") set the hearing on the People's request to enter default judgment against Debtor Jacob Milne.

2.      The State Court entered its "Order Setting Default Judgment Hearing" on May 14, 2026.

3.      The default judgment hearing is set for September 9, 2026 in the State Court action. One or both of the parties will provide a future status report after the State Court default judgment hearing.

RESPECTFULLY SUBMITTED this 14th day of August, 2026.

/s/ M. Gregory Weisz
M. Gregory Weisz, WSB #6-2934
Supervising Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
307-777-7823 (Phone)
307-777-3542 (Fax)
gregory.weisz@wyo.gov
Attorney for People of the State of Wyoming

2

*/s/ Paul K. Knight*
Paul K. Knight, WSB #5-2854
Knight Law Offices LLC
PO Box 1456
Dubois, WY 82513
307-432-4014 (Phone)
307-455-4105 (Fax)
*paulknightattorney@gmail.com*
Attorney for Debtor

[PAUL, PLEASE INSERT COS; MATRIX]