# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING

FILED
UNITED STATES BANKRUPTCY COURT
DISTRICT OF WYOMING
2:14 pm, 11/23/26
HJ Esterholdt
Clerk of Court

In Re: )
)
**JACOB MILNE** )
) **Case No. 25-20303**
**Debtor** )

---

**Jacob Milne** )
)
**Plaintiff** )
)
**vs.** )
)
**People of the State of** )
**Wyoming, Department of** ) **Adversary No: 25-02024**
**Environmental Quality** )
)
**Defendants**

## JUDGMENT

The Court, having reviewed the parties' Stipulation for Entry of Judgment Determining Debt to Be Nondischargeable, and good cause appearing, orders and adjudges as follows:

**1.** The Stipulation is approved.

**2.** Judgment is entered in favor of Defendant People of the State of Wyoming, Department of Environmental Quality (STATE OF WYOMING) and against Plaintiff Jacob Milne

**3.** The debt arising under and established by the Conset Decree in Laramie County District Court Docket Number 2024-CV-0202253,(CONSENT DECREE) is nondischargeable.

**4.** The CONSENT DECREE, attached to the Stipulation as Exhibit A, is incorporated into this Judgment as the factual and legal basis for the determination of nondischargeability.

**5.** The debt determined to be nondischargeable by this Judgment will not be discharged by any discharge entered in Bankruptcy Case No. 25-20303.

**6.** Except as expressly stated in this Judgment, the Consent Decree remains in full force and effect according to its terms.

**7.** Each party shall bear its own attorneys' fees and costs incurred in this adversary proceeding.

**8.** This Judgment resolves all claims asserted in this adversary proceeding. The Court retains jurisdiction to interpret and enforce this Judgment and the approved Stipulation.

IT IS SO ORDERED.

Cathleen D Parker 11/23/2026

Cathleen D. Parker

UNITED STATES BANKRUPTCY JUDGE

.